IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN ABBOTT, #186791, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 2:12cv566-TMH |
| ) | (WO) |
| WARDEN GARY HETZEL, III, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 30th day of January, 2013.

                                             /s/ Truman M. Hobbs
                                           TRUMAN M. HOBBS
                                           SENIOR UNITED STATES DISTRICT JUDGE